IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00230-CV

 

Gaspard Enterprises, Inc. 

d/b/a Water Tank Service Company,

                                                                      Appellant

 v.

 

Kenneth Gay, Michael Gay 

and Texas Workforce Commission,

                                                                      Appellees

 

 

 



From the 411th District Court

Polk County, Texas

Trial Court # 20120A

 



MEMORANDUM 
Opinion



 

Appellant
has filed a motion to dismiss this appeal.  See Tex.
R. App. P. 42.1(a)(1).  The parties have settled this matter.  Thus, appellant’s motion to dismiss is
granted.

PER CURIAM

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and filed February
 9, 2005

Do not publish

[CV06]